AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| WARREN JEROME ENGLAND | ) Case No: 5:03CR12-4 |
| a/k/a Warren Staton | ) USM No: 17791-058 |
| Date of Previous Judgment: December 15, 2003 | ) Randy Lee |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 31          Amended Offense Level: 29
Criminal History Category: VI       Criminal History Category: VI
Previous Guideline Range: Life to Life months    Amended Guideline Range: Life to Life months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction as the guideline range remains unchanged due to the mandatory statutory minimum sentence.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated December 15, 2003, shall remain in effect.
**IT IS SO ORDERED**.

Order Date: April 17, 2009

Effective Date: _____
(if different from order date)

Richard L. Voorhees
United States District Judge